**INDUSTRIAL ENERGY USERS–
OHIO, Petitioner**

v.

**FEDERAL ENERGY REGULATORY
COMMISSION, Respondent**

**American Electric Power Service
Corporation, Intervenor.**

No. 05–1435.

United States Court of Appeals,
District of Columbia Circuit.

Feb. 16, 2007.

Vasiliki Karandrikas, McNees, Wallace
& Nurick LLC, Harrisburg, PA, Samuel
Charles Randazzo, McNees, Wallace &
Nurick, Columbus, OH, Robert A. Weish-

aar, Jr., McNees, Wallace & Nurick, Washington, DC, for Petitioner.

Robert Harris Solomon, John Stewart Moot, Beth Guralnick Pacella, Attorney, Heidi Marie Werntz, Jeffery Scott Dennis, Federal Energy Regulatory Commission, Washington, DC, for Respondent.

Steven Jay Ross, Samuel Thomas Perkins, Alice E. Loughran, Steptoe & Johnson, LLP, Washington, DC, for Intervenor.

Before: GINSBURG, Chief Judge, and GRIFFITH, Circuit Judge and SILBERMAN, Senior Circuit Judge.

### *JUDGMENT*

The petition for review of orders of the Federal Energy Regulatory Commission was considered on the briefs and the joint appendix filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED and ADJUDGED** that the petition for review is denied for the reasons stated in paragraphs 23–25 of the Commission's Order Denying Rehearing, 112 F.E.R.C. ¶ 61,320, at 62,432–33 (2005), in which the Commission adequately considered and responded to petitioner's arguments.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.